B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Club One Casino, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**77-0370542** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1033 Van Ness Avenue**<br>**Fresno, CA**<br>ZIP Code **93721** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fresno** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**CA**<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Club One Casino, Inc.** | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Club One Casino, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Hagop T. Bedoyan
Signature of Attorney for Debtor(s)

**Hagop T. Bedoyan 131285**
Printed Name of Attorney for Debtor(s)

**Klein, DeNatale, Goldner, et al.**
Firm Name

**5260 N. Palm Avenue, Suite 201**
**Fresno, CA 93704**

Address

Email: hbedoyan@kleinlaw.com
**(559) 438-4374 Fax: (559) 432-1847**
Telephone Number

10/14/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Kyle R. Kirkland
Signature of Authorized Individual

**Kyle R. Kirkland**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

10/14/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

Case 15-14017    Filed 10/14/15    Doc 1

---

UNANIMOUS WRITTEN CONSENT
OF THE DIRECTORS
OF
CLUB ONE CASINO, INC.
A CALIFORNIA CORPORATION

---

The undersigned, constituting all of the directors of CLUB ONE CASINO, INC., a California corporation ("Corporation"), acting pursuant to the authority of Section 307(b) of the California Corporations Code, hereby adopt the following resolutions:

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United State Bankruptcy Court under Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE BE IT RESOLVED, that the members of the Board of Directors hereby unanimously consent to and approve the filing of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporation;

RESOLVED FURTHER, that KYLE R. KIRKLAND, the Corporation's President, is hereby authorized and directed to execute and deliver all documents necessary to effectuate the filing of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporation;

RESOLVED FURTHER, that KYLE R. KIRKLAND, the Corporation's President, is hereby authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation and to take any and all actions and execute any and all documents deemed necessary or desirable to carry out and perform all acts and deeds in connection with the Corporation's bankruptcy case; and

RESOLVED FURTHER, that KYLE R. KIRKLAND, the Corporation's President, is hereby authorized and directed to retain the law firm of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP to represent the Corporation in all aspects of the Corporation's bankruptcy case.

This Consent is executed pursuant to Section 307(b) of the California Corporations Code and is to be filed with the minutes of board proceedings. This Consent may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same document. For purposes of this Consent a facsimile signature shall be deemed to be as valid and enforceable as an original.

Dated for reference purposes, notwithstanding the actual date of execution, and effective as of _August 10_, 2015.

_____
KYLE R. KIRKLAND, Director

_____
DANA D. MESSINA, Director

This Consent is executed pursuant to Section 307(b) of the California Corporations Code and is to be filed with the minutes of board proceedings. This Consent may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same document. For purposes of this Consent a facsimile signature shall be deemed to be as valid and enforceable as an original.

Dated for reference purposes, notwithstanding the actual date of execution, and effective as of _August 10_, 2015.

KYLE R. KIRKLAND, Director

DANA D. MESSINA, Director

2

CERTIFICATE OF SECRETARY

I, DANA MESSINA, Secretary of CLUB ONE CASINO, INC., a California corporation ("Corporation"), declare under penalty of perjury that the foregoing is a true and correct copy of the Unanimous Written Consent adopted by the Board of Directors of the Corporation effective _August 10_, 2015.

Dated: _August 10_, 2015

DANA D. MESSINA, Secretary

3

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  Club One Casino, Inc.
                                    Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Elaine R. Long, Trustee<br>7685 N. Ricewood Ave<br>Fresno, CA 93711 | Elaine R. Long, Trustee<br>7685 N. Ricewood Ave<br>Fresno, CA 93711 | Promissory Note (Subordinated). Also owed by Club One Acquisition Corp. | Disputed | 4,150,000.00 |
| George L. Sarantos<br>49 Scenic Crest Trail<br>Rancho Mirage, CA 92270 | George L. Sarantos<br>49 Scenic Crest Trail<br>Rancho Mirage, CA 92270 | Promissory Note (Subordinated) Owed by Club One Acquisition Corp. | Disputed | 4,150,000.00 |
| Milbank, Tweed, et al.<br>601 South Figueroa Street<br>Los Angeles, CA 90017 | Milbank, Tweed, et al.<br>601 South Figueroa Street<br>Los Angeles, CA 90017 | Liability Agreement dated 12/17/2013 Legal Fees | | 907,240.00 |
| Dana D. Messina<br>11150 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025 | Dana D. Messina<br>11150 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025 | Management Fees from 2008 to 6/19/2015 at 10% | | 190,000.00 |
| ICW Group<br>PO Box 85563<br>San Diego, CA 92186-5563 | ICW Group<br>PO Box 85563<br>San Diego, CA 92186-5563 | Trade Payables | | 34,588.78 |
| City of Fresno<br>PO Box 2069<br>Fresno, CA 93718 | City of Fresno<br>PO Box 2069<br>Fresno, CA 93718 | Table Tax Liability | | 32,977.26 |
| State Board of Equalization<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | State Board of Equalization<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Sales Tax Liability September 30th = $15,171.18 October 1-12th = $5,918.96 | | 21,090.14 |
| Scientific Games<br>PO Box 846961<br>Los Angeles, CA 90084-6961 | Scientific Games<br>PO Box 846961<br>Los Angeles, CA 90084-6961 | Trade Payables | | 10,918.86 |
| Saladino's<br>PO Box 12266<br>Fresno, CA 93777-2266 | Saladino's<br>PO Box 12266<br>Fresno, CA 93777-2266 | Trade Payables | | 3,937.03 |
| DEQ Systems Corp.<br>1st Street, Suite 103-A<br>Saint-Romuald, QC G6W 5M6 | DEQ Systems Corp.<br>1st Street, Suite 103-A<br>Saint-Romuald, QC G6W 5M6 | Trade Payables | | 3,650.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Club One Casino, Inc.  
         Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| U.S. Foodservice<br>Dept 34766<br>PO Box 3900<br>San Francisco,, CA 94139 | U.S. Foodservice<br>Dept 34766<br>PO Box 3900<br>San Francisco,, CA 94139 | Trade Payables | | 3,636.60 |
| TelePacific Communications<br>PO Box 526015<br>Sacramento, CA 95852-6015 | TelePacific Communications<br>PO Box 526015<br>Sacramento, CA 95852-6015 | Trade Payables | | 2,950.00 |
| AmeriPride Uniform Services<br>PO Box 1159<br>Bemidji, MN 56619-1159 | AmeriPride Uniform Services<br>PO Box 1159<br>Bemidji, MN 56619-1159 | Trade Payables | | 115.21 |
| Arthur Moreno<br>c/o Mark W. Kelsey, Esq.<br>877 Ygnacio Valley Road, Suite 208<br>Walnut Creek, CA 94596 | Arthur Moreno<br>c/o Mark W. Kelsey, Esq.<br>877 Ygnacio Valley Road, Suite 208<br>Walnut Creek, CA 94596 | Lawsuit<br>Fresno County Superior Court<br>Case No. 14CECG03196 | Unliquidated<br>Disputed | Unknown |
| Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO Box 826900 MIC 92E<br>Sacramento, CA 94280-0001 | Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO Box 826900 MIC 92E<br>Sacramento, CA 94280-0001 | Payroll tax Liabilities | | Unknown |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Payroll Tax Liability | | Unknown |
| Linda Mazzei<br>PO Box 1794<br>Clovis, CA 93613 | Linda Mazzei<br>PO Box 1794<br>Clovis, CA 93613 | Workers' Comp Claim, Case No. ADJ6818372 No Amended Petition since October 2009 | Unliquidated<br>Disputed | Unknown |
| Thomas Bowers<br>3293 Purdue Avenue<br>Clovis, CA 93611 | Thomas Bowers<br>3293 Purdue Avenue<br>Clovis, CA 93611 | Employee Litigation | | Unknown |
| U.S. Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | U.S. Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | Copier Lease 4 Copiers | | Unknown |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   Club One Casino, Inc.                                              Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   10/14/2015                          Signature   _____
                                                       Kyle R. Kirkland
                                                       President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.