# United States Bankruptcy Court
## Eastern District of California

In re **Club One Casino, Inc.**
_____
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Club One Casino, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Club One Acquisition Corp**
**11150 Santa Monica Blvd**
**Suite 700**
**Los Angeles, CA 90025**

☐ None [*Check if applicable*]

**10/14/15**
_____
Date

_____
**Hagop T. Bedoyan 131285**
Signature of Attorney or Litigant
Counsel for **Club One Casino, Inc.**
**Klein, DeNatale, Goldner, et al.**
**5260 N. Palm Avenue, Suite 201**
**Fresno, CA 93704**
**(559) 438-4374 Fax:(559) 432-1847**
**hbedoyan@kleinlaw.com**