```
                         United States Bankruptcy Court
                         Eastern District of California
In re:                                                                 Case No. 15-14017-B
Club One Casino, Inc.                                                  Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-1           User: jflf                 Page 1 of 2        Date Rcvd: Oct 16, 2015
                               Form ID: pdf020            Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2015.
db           +Club One Casino, Inc.,    1033 Van Ness Avenue,    Fresno, CA 93721-2006
aty          +Debra Grassgreen,    150 California St 15th Fl,    San Francisco, CA 94111-4554
aty          +Hagop T. Bedoyan,    5260 N Palm Ave #201,    Fresno, CA 93704-2217
aty          +Holly E. Estes,    205 E River Park Cir #410,    Fresno, CA 93720-1572
cr           +Elaine Long,   c/o Walter and Wilhelm Law Group,     Attn: Riley C. Walter,
               205 E River Park Cir #410,    Fresno, CA 93720-1572
cr           +George Sarantos,    c/o Walter and Wilhelm Law Group,    Attn: Riley C. Walter,
               205 E River Park Cir #410,    Fresno, CA 93720-1572
cr           +KMGI, Inc.,    c/o Pachulski Stang Ziehl and Jones LLP,    150 California St 15th Fl,
               San Francisco, CA 94111-4554
21624010      21ST DISTRICT AGRICULTURAL ASSOCIATION,    1121 S CHANCE AVENUE,    FRESNO CA 93702-3707
21624011     #AMERICAN SPECIALTY INS RISK SERVICES,    142 N MAIN STREET,    PO BOX 309,
               ROANOKE IN 46783-0309
21624012     +AMERIPRIDE SERVICES,    1050 W WHITESBRIDGE AVENUE,    FRESNO CA 93706-1328
21624013      AMERIPRIDE UNIFORM SERVICES,    PO BOX 1159,    BEMIDJI MN 56619-1159
21624014     +ARISE LLC,    C O DARRELL MIERS,   1033 VAN NESS AVENUE,    FRESNO CA 93721-2006
21624015     +ARTHUR MORENO,    C O MARK W KELSEY ESQ,    877 YGNACIO VALLEY ROAD SUITE 208,
               WALNUT CREEK CA 94596-3832
21624016     +ARTHUR MORENO,    2384 N BRUNSWICK,    FRESNO CA 93722-5483
21624017     +BALLY GAMING INC,    ATTN LEGAL DEPT,    6650 EL CAMINO ROAD,    LAS VEGAS NV 89118-2601
21624018     +BILL HUGHES CPA,    GLASS RATNER ADVISORY CAPITAL GROUP L,     2355 E CAMELBACK ROAD,
               PHOENIX AZ 85016-3458
21624019     +BILL ZENDER ASSOCIATES,    296 DOE RUN CIRCLE,    HENDERSON NV 89012-2708
21624021     +CALIFORNIA GAMBLING CONTROL COMMISSION,    2399 GATEWAY OAKS DR,    SUITE 220,
               SACRAMENTO CA 95833-4232
21624022     +CASINO GAMING CONCEPTS INC,    17595 HARVARD AVENUE SUITE C-522,    IRVINE CA 92614-8516
21624023     +CASINOMONEY INC,    941 CALLE NEGOCIO,    SAN CLEMENTE CA 92673-6202
21624024     +CITY OF FRESNO,    PO BOX 2069,    FRESNO CA 93718-2069
21624025     +CLUB ONE ACQUISITION CORP,    11150 SANTA MONICA BLVD,    SUITE 700,    LOS ANGELES CA 90025-3331
21624026     +DANA D MESSINA,    11150 SANTA MONICA BLVD SUITE 700,    LOS ANGELES CA 90025-3331
21624028     +DEQ SYSTEMS CORP,    UNITED STATES OFFICE,    7235 BERMUDA ROAD SUITE G,
               LAS VEGAS NV 89119-4315
21624027      DEQ SYSTEMS CORP,    1ST STREET SUITE 103-A,    SAINT-ROMUALD QC G6W 5M6
21624029     +ELAINE R LONG TRUSTEE,    7685 N RICEWOOD AVE,    FRESNO CA 93711-0368
21624030     +ELAINE R LONG TRUSTEE,    C O JAMES BETTS ESQ,    907 SANATA FE AVENUE 201,
               FRESNO CA 93721-1329
21624032     +ERISA COMPLIANCES SERVICES INC,    7525 N CEDAR AVENUE SUITE 109,    FRESNO CA 93720-2689
21624033     +EXTRA SPACE STORAGE,    1844 S CHERRY AVENUE,    FRESNO CA 93721-3205
21624035     +FRESNO PARK TOWER LLC,    C O TOM RICHARDS PENSTAR GROUP,    855 M STREET,    FRESNO CA 93721-2753
21624036     +GEORGE L SARANTOS,    49 SCENIC CREST TRAIL,    RANCHO MIRAGE CA 92270-5321
21624037      GEORGE L SARANTOS,    C O STEPHEN CORNWELL ESQ,    7045 N FRUIT AVENUE,    FRESNO CA 93711-0761
21624038      ICW GROUP,    PO BOX 85563,    SAN DIEGO CA 92186-5563
21624040     +INTUIT QUICKBOOKS,    CORPORATE HEADQUARTERS,    2700 COAST AVENUE,    MOUNTAIN VIEW CA 94043-1140
21624041     +KMGI INC,    11150 SANTA MONICA BLVD,    SUITE 700,    LOS ANGELES CA 90025-3331
21624042     +KOBUS BUSINESS SYSTEMS,    PO BOX 330,    DINUBA CA 93618-0330
21624043     +KRONOS INCORPORATED,    297 BILLERICA ROAD,    CHELMSFORD MA 01824-4119
21624044     +KYLE KIRKLAND,    1033 VAN NESS AVENUE,    FRESNO CA 93721-2006
21624045      LEAF FUNDING INC,    C O INSURANCE SERVICE CENTER,    PO BOX 979127,    MIAMI FL 33197-9127
21624046     +LINDA MAZZEI,    PO BOX 1794,    CLOVIS CA 93613-1794
21624047     +LYTLE CONSULTING SERVICES,    529 PALMER LANE,    MENLO PARK CA 94025-1941
21624048     +MARLIN LEASING,    300 FELLOWSHIP ROAD,    MOUNT LAUREL NJ 08054-1727
21624049     +MATSON ALARM CO INC,    8401 NORTH FRESNO STREET,    FRESNO CA 93720-1567
21624050      MERCER INSUARANCE COMPANY,    PO BOX 73909,    CEDAR RAPIDS IA 52407-3909
21624051     +MIKE DAGES,    39737 ROAD 274 9,    BASS LAKE CA 93604-9744
21624052     +MILBANK TWEED ET AL,    601 SOUTH FIGUEROA STREET,    LOS ANGELES CA 90017-5704
21624053     +MUZAK LLC DBA MOOD MEDIA,    3318 LAKEMONT BLVD,    FORT MILL SC 29708-8309
21624054     +OVERLAY GAMING CORP,    2470 ST ROSE PKWY SUITE 205,    HENDERSON NV 89074-7774
21624055     +PACIFIC COMPENSATION INSURANCE COMPANY,    1 BAXTER WAY SUITE 170,    THOUSAND OAKS CA 91362-3819
21624057     +RILEY C WALTER ESQ,    WALTER WILHELM LAW GROUP,    205 E RIVER PARK CIRCLE SUITE 410,
               FRESNO CA 93720-1572
21624058      SALADINOS,    PO BOX 12266,    FRESNO CA 93777-2266
21624059     +SARA DRAKE DEPUTY ATTORNEY GENERAL,    CA A G INDIAN GAMING LAW SECTION,    1300 I STREET,
               SACRAMENTO CA 95814-2919
21624060      SCIENTIFIC GAMES,    PO BOX 846961,    LOS ANGELES CA 90084-6961
21624063     +STANTON OFFICE MACHINE CO,    4312 N SELLAND AVE,    FRESNO CA 93722-7805
21624064      STARBUCKS CORPORATION,    PO BOX 6363,    DOVER DE 19905-6363
21624066      STATE BOARD OF EQUALIZATION,    ACCOUNT INFORMATION GROUP MIC 29,    PO BOX 942879,
               SACRAMENTO CA 94279-0029
21624067     +STING ALARM INC,    7120 RAFAEL RIDGE WAY,    LAS VEGAS NV 89119-4002
21624068     +TECH ART MANUFACTURING INC,    4185 W TECO AVENUE,    LAS VEGAS NV 89118-3885
21624069     #TELEPACIFIC COMMUNICATIONS,    PO BOX 526015,    SACRAMENTO CA 95852-6015
21624071     +THE F D COMPANIES,    ADMINISTRATIVE OFFICES,    1400 AMERICAN LANE,    SCHAUMBURG IL 60196-5452
21624072     +THE SCOZZARI COMPANY,    1625 E SHAW AVENUE 130,    FRESNO CA 93710-8110
21624073     +THE TRAVELERS INDEMNITY COMPANY,    385 WASHINGTON STREET,    SAINT PAUL MN 55102-1309
21624075     #+THOMAS BOWERS,    3293 PURDUE AVENUE,    CLOVIS CA 93611-5132
```

```
District/off: 0972-1          User: jflf                   Page 2 of 2                   Date Rcvd: Oct 16, 2015
                              Form ID: pdf020              Total Noticed: 81


21624077       +TODD VLAANDEREN CHIEF COUNSEL,    LEGAL DIVISION,    CALIFORNIA GAMBLINGCONTROL COMMISSION,
                 2399 GATEWAY OAKS DRIVE SUITE 220,     SACRAMENTO CA 95833-4232
21624078       +TXB INDUSTRIES LLC,    19744 BEACH BLVD SUITE 507,    HUNTINGTON BEACH CA 92648-2988
21624079       +U S EQUIPMENT FINANCE,    1310 MADRID STREET,    MARSHALL MN 56258-4099
21624080       +U S FOODSERVICE,    DEPT 34766,   PO BOX 3900,    SAN FRANCISCO CA 94139-0001
21624081       +UNITED STATES ATTORNEY,    FOR INTERNAL REVENUE SERVICE,     2500 TULARE STREET SUITE 4401,
                 FRESNO CA 93721-1331
21624082       +US BANK,   1310 MADRID STREET STE 101,     MARSHALL MN 56258-4002
21624085       +WAYNE QUINT JR BUREAU CHIEF,    BUREAU OF GAMBLING CONTROL CA DOJ,     4949 BROADWAY,
                 SACRAMENTO CA 95820-1528
21624086       +YOSEMITE LINEN SUPPLY,    3330 E CHURCH AVENUE,    FRESNO CA 93725-1339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21624020        E-mail/Text: bankruptcy@brinksinc.com Oct 17 2015 02:14:59      BRINKS INCORPORATED,
                 PO BOX 619031,    DALLAS TX 75261-9031
21624031        E-mail/Text: itcdbg@edd.ca.gov Oct 17 2015 02:14:00      EMPLOYMENT DEVELOPMENT DEPARTMENT,
                 BANKRUPTCY SPECIAL PROCEDURES GROUP,    PO BOX 826900 MIC 92E,    SACRAMENTO CA 94280-0001
21624034        E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 17 2015 02:15:32      FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A-340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
21624039        E-mail/Text: cio.bncmail@irs.gov Oct 17 2015 02:13:49      INTERNAL REVENUE SERVICE,
                 PO BOX 7346,    PHILADELPHIA PA 19101-7346
21624056       +E-mail/Text: aimee.brantley@pepsico.com Oct 17 2015 02:14:11      PEPSI BEVERAGES COMPANY,
                 1150 E NORTH AVENUE,    FRESNO CA 93725-1929
21624065       +E-mail/Text: bankruptcy@starrcompanies.com Oct 17 2015 02:14:48
                 STARR INDEMNITY LIABILITY COMPANY,    399 PARK AVENUE,    NEW YORK NY 10022-4614
21624074       +E-mail/Text: JJESTUS@JARDENBC.COM Oct 17 2015 02:14:10
                 THE UNITED STATES PLAYING CARD COMPANY,    300 GAP WAY,    ERLANGER KY 41018-3160
21624070        E-mail/Text: generalcounsel@telepacific.com Oct 17 2015 02:15:03      TELEPACIFIC COMMUNICATIONS,
                 515 S FLOWER STREET 47TH FLOOR,    LOS ANGELES CA 90071-2201
21624083       +E-mail/Text: ebn.bankruptcy@usfoods.com Oct 17 2015 02:14:45      US FOODS INC,
                 9399 WEST HIGGINS ROAD SUITE 500,    ROSEMONT IL 60018-4992
21624084        E-mail/Text: billing@vns.net Oct 17 2015 02:13:58      VALLEY NETWORK SOLUTIONS,
                 364 WEST FALLBROOK AVENUE SUITE 101,    FRESNO CA 93711-5858
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21624061     ##+SHFL ENTERTAINMENT,    1106 PALMS AIRPORT DRIVE,    LAS VEGAS NV 89119-3730
21624062     ##+SHUFFLE MASTER INC,    1106 PALMS AIRPORT DRIVE,    LAS VEGAS NV 89119-3730
21624076     ##+THYSSENKRUPP ELEVATOR CORP,    4335 N GOLDEN STATE BLVD SUITE 102,    FRESNO CA 93722-3821
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2015 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

Case Number: 2015-14017  Filed: 10/14/2015  Doc # 2
Case 15-14017  Filed 10/16/15  Doc 26

EDC.002–780  Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed  (v.12.14)  Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**

**NOTICE OF INCOMPLETE FILING AND NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED**

| In re Club One Casino, Inc.  Debtor(s). | Case Number  15–14017 – B – 11 |
|---|---|

The petition filed on 10/14/15 by the above–named debtor and, if a joint case, the above–named joint debtor was not accompanied by all required documents.

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed, or one of the other options described below must be taken, by the date(s) indicated *(if two dates are shown, two separate deadlines are established for each of the options described below; each date must be timely satisfied as to the documents governed by that date)*.

NOTE: Missing documents WILL NOT DELAY the sending of notices by the court. If "Verification and Master Address List" is listed above, the notice of meeting of creditors will be sent by the court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s)'s, or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the court a proof of service indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If "Statement of SSN" is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. A proof of service, indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the court.

**The following document(s) must be received by the bankruptcy clerk's office by 10/28/15:**

Attorney's Disclosure Stmt.
List – Equity Security Holders
Schedule A – Real Property
Schedule B – Personal Property
Schedule D – Secured Creditors
Schedule E – Unsecured Priority Creditor
Schedule F – Unsecured Nonpriority Creditor
Schedule G – Executory Contracts
Schedule H – Codebtors
Statement of Financial Affairs
Summary of Schedules

**The items listed in this notice are not necessarily all of the items that remain to be filed (see, for example 11 U.S.C. sec. 1116(1)).**

**For additional information concerning required documents see page 3.**

**NOTICE IS FURTHER GIVEN** that the Court, without further notice, may dismiss this case unless the debtor does one of the following <u>on or before the date specified above</u> (if two dates are shown, the debtor must do the following on or before the earlier of the two dates):

1.  **Files all missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below;  **OR**

**CONTINUED ON PAGE 2**

2. **Files a motion for an extension of time to file the missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), motions for extensions of time must be filed prior to the expiration of the prescribed periods. Extensions of time to file schedules, statements, and other documents may be granted only on motion for cause shown and on notice to committees, the United States Trustee, trustee, examiner, and others as directed by the Court. See Fed. R. Bankr. P. 1007(c); **OR**

3. **Files a Notice of Hearing on the Court's Notice of Intent to Dismiss Case supported by a statement of the issue and evidence** with the Clerk, U.S. Bankruptcy Court by mail or in person at the address shown below, setting the hearing on **12/02/2015 at 02:30 PM at the U.S. Bankruptcy Court in Courtroom 13, 5th Floor , 2500 Tulare Street , Fresno, CA.** The Notice of Hearing and statement of the issue and evidence shall be served on the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

**NOTICE IS FURTHER GIVEN** that on or before the date specified above, the trustee, a creditor, or other party in interest may file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case to show cause why this case should not be dismissed with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. The Notice of Hearing shall set the hearing for the same date, time, and location as indicated in option 3 above, and shall be supported by a statement of the issue and evidence. The Notice of Hearing and statement of the issue and evidence shall be served on the debtor, debtor's attorney, if any, the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

*If no Notice of Hearing on the Court's Notice of Intent to Dismiss Case is filed, no hearing will be calendared.* **THEREFORE, YOU SHOULD NOT APPEAR AT THE DATE AND TIME INDICATED ABOVE UNLESS YOU FILED A NOTICE OF HEARING, OR UNLESS YOU ARE SERVED WITH A NOTICE OF HEARING FILED BY ANOTHER PARTY.**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE. Failure to timely file the missing documents, to timely seek an extension of time, or to timely file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case may result in the automatic dismissal of this bankruptcy case without further notice.** If you have already complied with the above requirement(s), please disregard this notice.

Dated: 10/14/15

Wayne Blackwelder Clerk,
BY: rpaf , Deputy Clerk
U.S. Bankruptcy Court
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800

CONTINUED ON PAGE 3

## ADDITIONAL INFORMATION CONCERNING REQUIRED DOCUMENTS

**Attorney's Disclosure Statement (Form B203):** Any attorney representing a debtor shall file with the court a statement of the compensation paid, or agreed to be paid, if such payment or agreement was made after one year before the date of the filing of the petition, for services rendered or to be rendered, in contemplation of or in connection with the debtor's bankruptcy case, and the source of the compensation. 11 U.S.C. sect; 329 or and FRBP 2016(b).

**Chapter 12 Plan:** Chapter 12 debtor's shall file a plan. 11 U.S.C. sect; 1221 and FRBP 3015(a).

**Chapter 13 Plan (Form EDC 3–080):** Chapter 13 debtors shall file a plan using the standard form Chapter 13 Plan (EDC Form 3–080) prescribed by General Order 05–03.

**Chapter 15 List per BR 1007:** A list containing the name and address of all administrators in foreign proceedings of the debtor, all parties to any litigation in which the debtor is a party and that is pending in the United States at the time of the filing of the petition, and all entities against whom provisional relief may be sought under 11 U.S.C. § 1519 shall be filed by the foreign representative with a petition for recognition under chapter 15. FRBP 1007(a)(4).

**Exhibit D w/Certificate for Debtor and Exhibit D w/Certificate for Joint Debtor (Exhibit D to Official Form 1):** Every individual debtor must file a statement of compliance with the credit counseling requirement, prepared as prescribed by Exhibit D to Official Form 1, attached to their petition. If a joint petition is filed, each spouse (the debtor and the joint debtor) must each complete and attach a separate Exhibit D. A certificate of credit counseling and debt repayment plan, or other additional required documents, shall be attached to Exhibit D, as directed. FRBP 1007(b)(3) & (c).

**List – 20 Largest Unsecured Creditors (Official Form 4):** A list containing the names, addresses and claim amounts of the debtor's 20 largest unsecured creditors, excluding insiders, prepared as prescribed by Official Form 4, shall be filed in cases under chapter 9 and chapter 11. FRBP 1007(d).

**List – Equity Security Holders:** A List of Equity Security Holders shall be filed in chapter 11 cases. FRBP 1007(a)(3).

**Verification and Master Address List:** With every petition for relief under the Bankruptcy Code presented for filing, there shall be submitted concurrently a Master Address List which includes the name, address, and zip code of all of the debtor's known creditors. To accommodate modern technology, the Master Address List shall be prepared in strict compliance with instructions of the Clerk in a format approved by the Court. Local Bankruptcy Rule 1007–1(b). Instructions concerning the preparation of Master Address Lists are set forth in forms EDC 2–190 and EDC 2–195. Debtors represented by legal counsel, or whose petitions are prepared by a bankruptcy petition preparer, must submit an electronic Master Address List. All other debtors must submit either an electronic Master Address List or a hard copy Master Address List printed on paper. The debtor shall concurrently submit a Verification of Master Address List, form EDC 2–100, with every Master Address List presented for filing.

**Statement of Current Monthly Income (Official forms B22A, B22B, and B22C):** A statement of current monthly income, prepared as prescribed by the appropriate Official Form, shall be filed with the petition or within 14 days, by individual chapter 7 debtors with primarily consumer debts (Official Form(s) 22A–1 [and 22A–1 Supp and 22A–2, if required]), individual chapter 11 debtors (Official Form 22B), and chapter 13 debtors (Official Form(s) 22C–1 [and 22C–2, if required]).

**Schedule A – Real Property, Schedule B – Personal Property, Schedule C – Exempt Property, Schedule D – Secured Creditors, Schedule E – Unsecured Priority Creditor, Schedule F – Unsecured Nonpriority Creditor, Schedule G – Executory Contracts, Schedule H – Codebtors, Schedule I – Current Income, and Schedule J – Current Expend, Statistical Summary, Summary of Schedules (Official Form 6):** Except in a chapter 9 municipality case, schedules of assets and liabilities, executory contracts and unexpired leases, current income, and current expenditures, prepared as prescribed by Official Form 6, shall be filed by the debtor. 1 U.S.C. § 521(a)(1)(B) and FRBP 1007(b)(1). Creditors shall be listed on the appropriate schedule in alphabetical order by name and complete address. LBR 1007–1(a).

**Statement of Financial Affairs (Official Form 7):** Except in a case under chapter 9, the debtor shall file a Statement of Financial Affairs, prepared as prescribed by Official Form 7. 11 U.S.C. § 521(a)(1)(B) and FRBP 1007(b)(1).

**Statement of SSN (Official Form 21):** Individual debtors must file a statement under penalty of perjury setting out the debtor's full social security number or stating that the debtor does not have a social security number, prepared in substantial compliance with Official Form 21. 11 U.S.C. § 521(a)(1) FRBP 1007(f).

**Statement Re: Corporate Debtor (Form EDC 3–500):** Federal Rule of Bankruptcy Procedure 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in FRBP 7007.1.