**3**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com;
       jeaton@kleinlaw.com; lholder@kleinlaw.com

Proposed Attorneys for Debtor-in-Possession

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re: | Case No. 15-14017-B-11 |
|---|---|
| CLUB ONE CASINO, INC., | Chapter 11 |
| Debtor-in-Possession. | DC No. KDG-5 |
| | EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON DEBTOR'S MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER APPROVING THE ENGAGEMENT CONTRACT OF (I) MR. BILL HUGHES AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR AND (II) GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO ASSIST THE CRO |
| | Date: November 10, 2015<br>Time: 2:30 p.m.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department B, Courtroom 13<br>Fresno, California<br>Judge: Honorable René Lastreto II |

Club One Casino, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), brings this *Ex Parte Application for Order Shortening Time for Notice of Hearing on Debtor's Motion Pursuant to Section 363 of the Bankruptcy Code for Entry of an Order Approving the Engagement Contract of (i) Mr. Bill Hughes as Chief Restructuring*

*Officer of the Debtor and (ii) GlassRatner Advisory & Capital Group, LLC to Assist the CRO* ("ex parte application").

1. Debtor seeks an Order Shortening Time for the hearing on his *Debtor's Motion Pursuant to Section 363 of the Bankruptcy Code for Entry of an Order Approving the Engagement Contract of (i) Mr. Bill Hughes as Chief Restructuring Officer of the Debtor and (ii) GlassRatner Advisory & Capital Group, LLC to Assist the CRO* ("Motion"). By the Motion, Debtor seeks authorization to approve the Engagement Contract dated October 9, 2015, by and between the Debtor and GlassRatner Advisory & Capital Group, LLC ("Engagement Contract").

2. Local Rule 9014-1(f)(2) permits a motion to be filed and served on interested parties at least fourteen (14) days prior to the hearing date unless longer notice is required by the rules, so long as opposition is permitted to be presented at the hearing on the motion. Fed. R. Bankr. Proc. Rule 2002(a)(2) requires 21-days' notice of a motion concerning the proposed use, sale, or lease of property of the estate other than in the ordinary course of business, so the Motion ordinarily requires 21-days' notice. Fed. R. Bankr. Proc. 9006(c) allows the court in its discretion to reduce the notice period upon cause shown.

3. Since the commencement of its case Debtor has prepared, filed, and served three first day motions, had hearings on the first day motions, prepared orders on first day motions, prepared and filed notices of continued hearings, and working diligently on its schedules and statement of financial affairs. During this time, Debtor has been continuing to operate its business, all while working with counsel on all of the necessary administrative requirements of its case. As such, today was the first day Debtor was able to complete the Motion and its supporting documents.

4. Based on the declaration of Kyle R. Kirkland, president of Debtor, it is in the best interest of the estate to obtain Court approval of the Engagement Contract without delay. Mr. Kirkland believes that holding the hearing on November 10 is greatly preferred to waiting until December 2. Mr. Kirkland believes that Mr. Hughes must commence the services subject to the Employment Contract without delay.

5. The next available hearing date for Chapter 11 cases for hearing on at least 21 days' notice is December 2, 2015, a date almost six weeks away.

6. Counsel for Debtor was not able to bring this Motion before today for the reasons provided in paragraph 3 above.

7. No party would be prejudiced by a shortened notice period because (a) all parties will receive 18 days' notice of the hearing, and (b) parties can object at the hearing.

WHEREFORE, the Debtor prays that:

A. The ex parte application be granted;

B. The preliminary hearing on the Motion be held on November 10, 2015 at 2:30 a.m.; and

C. Opposition may be presented at the hearing.

Dated: October 22, 2015

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By  /s/ *Hagop T. Bedoyan*
HAGOP T. BEDOYAN
Proposed Attorneys for Debtor-in-Possession