3

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com
      jeaton@kleinlaw.com

Co-Counsel for Debtor-in-Possession

ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
SHEPPARD, MULLIN,
   RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
      rsahyan@sheppardmullin.com

Proposed Co-Counsel for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CLUB ONE CASINO, INC.,<br><br>      Debtor-in-Possession. | Case No.: 15-14017-B-11<br><br>Chapter 11<br><br>DCN:   KDG-5<br><br>Date:     December 17, 2015<br>Time:    10:00 a.m.<br>Place:   United States Bankruptcy Court<br>          2500 Tulare Street, Fifth Floor<br>          Department B, Courtroom 13<br>          Fresno, California<br>Judge:   Honorable René Lastreto II |

## ORDER APPROVING THE ENGAGEMENT CONTRACT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AND MR. BILL HUGHES AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR PURSUANT TO 11 U.S.C. § 363

On December 17, 2015, the Court held a continued hearing on *Debtor's Motion Pursuant to Section 363 of the Bankruptcy Code for Entry of an Order Approving the Engagement Contract of (i) Mr. Bill Hughes as Chief Restructuring Officer of the Debtor and (ii) GlassRatner Advisory & Capital Group, LLC to Assist the CRO* ("Motion") filed by Club One Casino, Inc., Debtor and Debtor-in-Possession ("Debtor") on November 10, 2015 [Doc 114]. Ori Katz, Esq. of Sheppard, Mullin, Richert & Hampton LLP, appeared on behalf of the Debtor. T. Todd Egland, Esq., of Belden Blaine Raytis, LLP, appeared telephonically on

RECEIVED
December 21, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005695530

behalf of Club One Acquisition Corp. Riley C. Walter, Esq. of Walter & Wilhelm Law Group appeared on behalf of creditors, Elaine Long and George Sarantos. Gregory S. Powell, Esq., Assistant United States Trustee, appeared on behalf of the United States Trustee's Office. Other appearances were noted on the record.

The Court, having considered the Motion and supporting pleadings and declarations, the information presented on the record at the hearing, the Objection filed by the United States Trustee, the Objection filed by Elaine Long and George Sarantos, the Reply in Support of the Motion filed by Debtor, and having stated findings of fact and conclusions of law on the record at the hearing, and good cause appearing:

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Motion as modified by the Reply is granted.

2. Debtor is authorized to employ Bill Hughes as its Chief Restructuring Officer (Mr. Hughes"), pursuant to 11 U.S.C. § 363 subject to the following terms and conditions:

3. The employment of Mr. Hughes is subject to the applicable terms and conditions of 11 U.S.C. §§ 328, 330 and 331;

4. Mr. Hughes will be the Chief Restructuring Officer ("CRO") of Debtor;

5. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. § 330(a);

6. Monthly applications for interim compensation exceeding $5,000.00 will be entertained pursuant to 11 U.S.C. § 331;

7. Fees and expenses allowed to Mr. Hughes maybe paid to his employer, GlassRatner Advisory & Capital Group, LLC;

8. Mr. Hughes shall not be removed as Debtor's CRO without further orders of the Court;

/ / /

/ / /

/ / /

/ / /

9. Matters on which Mr. Hughes needs Debtor's board approval will be determined by the Debtor's board with William Zender having the tie-breaking vote; and

10. Debtor shall be permitted to indemnify Mr. Hughes on the same terms as provided to Debtor's other officers and directors under Debtor's corporate by-laws and applicable state law.

Approved as to Form Only:

Walter & Wilhelm Law Group

*/s/ Riley C. Walter*

Riley C. Walter, Esq.
Attorneys for creditors, Elaine Long and George Sarantos

Office of the United States Trustee

*/s/ Gregory S. Powell*

Gregory S. Powell, Esq.
Assistant U. S. Trustee

Dated: Dec 23, 2015

By the Court

*/s/ René Lastreto II*

René Lastreto II, Judge
United States Bankruptcy Court